1426

**93–2242.** State ex rel. Talbert v. Franklin Cty. Court of Common Pleas. In Mandamus. On motion for summary judgment. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., would grant the motion for summary judgment.

**93–2257.** State ex rel. Williams–Bey v. Ohio Gen. Assembly. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2260.** State ex rel. Johnson v. Voinovich. In Mandamus. *Sua sponte,* cause dismissed.

A.W. SWEENEY, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent and would grant an alternative writ.

**93–2267.** State ex rel. Griffith v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2299.** State v. Farmer. *Champaign County,* No. 92–CA–10. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–2378.** State v. Morales. *Cuyahoga County,* No. 51566. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

F.E. SWEENEY, J., not participating.

**93–2383.** State ex rel. Johnson v. Williams. In Mandamus. On motion for alternative writ. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS and RESNICK, JJ., concur.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.